IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| BRANDON CODY WAINWRIGHT, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:23-CV-42-RAH-CSC |
| ANDRE BRONSON, | ) |
| Defendant. | ) |

# **O R D E R**

On February 13, 2023, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(ii).

Final judgment will be entered separately.

DONE, on this the 10th day of March 2023.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE